STATE OF NEW JERSEY v. ELLIOTT HAMPTON.

October 1, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. NANCY ROSA.

October 1, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. JOSEPH MC BRATNEY.

October 1, 1974. Petition for certification denied.

NEW JERSEY DENTAL ASSOCIATION v.
HEALTH CORPORATION OF AMERICA, INC.

October 1, 1974. Petition for certification denied.

EVELYN LE COMPTE v. RICHARD SULLIVAN,
COMMISSIONER OF ENVIRONMENTAL PROTECTION.

October 1, 1974. Petition for certification denied. (See
128 *N. J. Super.* 552)

IN THE MATTER OF CHARLES VACCARO.

October 1, 1974. Petition for certification granted.